**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **REV. FR. PRISCO E. ENTINES,**<br>**JUSTINA CORCELLES HERNANDEZ,**<br>**FRANCISCO GUTIEREZ FERRER,**<br>**JULIETA TABOADA ABELLA,**<br>**MARIA LAPAY LAURENCIANO, and**<br>**WENCESLAO N. RODRIGUEZ,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Nos. 06-193C, 06-191C, 06-205C, 06-434C, 06-442C, 06-449C**<br><br>**Judge Wheeler** |

**MOTION TO WITHDRAW**

1. On December 11, 2006, the Court appointed undersigned counsel as *pro bono* counsel for the plaintiffs in this action. On June 14, 2007, the United States filed a motion to dismiss the complaint.

2. It is the understanding of undersigned counsel that Rev. Entines, one of the named plaintiffs, has directed the litigation on behalf of all of the plaintiffs.

3. Undersigned counsel has spent substantial time on this matter and thoroughly reviewed the facts and law applicable to the claims raised in the complaint. Counsel has also conferred on numerous occasions by telephone and e-mail with Rev. Entines regarding this matter and has also communicated with the other named plaintiffs.

4. In determining how to respond to the government's pending motion to dismiss, certain fundamental and irreconcilable disagreements have arisen between undersigned counsel and Rev. Entines regarding the response to the motion. As a result of those conflicts, counsel regretfully is compelled to seek leave to withdraw as counsel in this matter. Counsel respectfully suggests that the Court allow plaintiffs to proceed on a *pro se* basis in responding to the government's motion to dismiss.

5. In accordance with Rule 83.1(c)(6) of the Rules of the Court of Federal Claims, notice of counsel's intent to withdraw has been served on each of the plaintiffs.

Respectfully submitted,

/s/ Richard W. Arnholt _

Richard W. Arnholt
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 639-6025
Fax: (202) 661-4829

*Counsel of Record for Plaintiffs*

Dated: July 31, 2007

Of Counsel:
David A. Churchill
JENNER & BLOCK LLP